IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SHANA V. STODDARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:24-cv-02505-TLP-atc |
| | ) | |
| RHODES COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND ORDER GRANTING MOTION TO AMEND PLEADINGS

On November 8, 2024, Plaintiff Shana V. Stoddard filed a Motion to Amend Pleadings (ECF No. 19), which was subsequently granted by the Court on December 2, 2024 (ECF No. 21).[1] In that Order, Stoddard was granted leave to file her Amended Complaint and was ordered to do so by December 16, 2024. When Stoddard failed to meet this deadline, the Court entered an Order to Show Cause, again ordering Stoddard to file her Amended Complaint, this time by January 14, 2025. (ECF No. 27.)

In response to the Show Cause Order, Stoddard filed an Amended Motion to Amend Pleadings on January 14, 2025 (ECF No. 30), which is substantively identical to her November 8th Motion and appears to ask for the same relief—permission to file an Amended Complaint—that was already granted on December 16th. The Amended Motion was therefore unnecessary. However, because the Amended Motion is unopposed (*id.* at 4) and because the Court has already

---

[1] Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States Magistrate Judge for management and for all pretrial matters for determination and/or report and recommendation as appropriate.

granted Stoddard leave to file her Amended Complaint, the Amended Motion is GRANTED. Stoddard has permission to file the Amended Complaint. All that remains is for Stoddard to file that Amended Complaint on the docket.

Stoddard is therefore ORDERED to file her Amended Complaint on the docket by February 6, 2025.[2] Thereafter, Rhodes College shall respond to the Amended Complaint pursuant to Federal Rule of Civil Procedure 15.

SO ORDERED this 23rd day of January, 2025.

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

---

[2] Upon the filing of the Amended Complaint, it will take the place of the original Complaint and shall be Stoddard's operative pleading in this case. *See Correa v. Rubin Lublin TN, PLLC*, No. 2:15-cv-2135-STA-cgc, 2015 WL 12805702, at *1 (W.D. Tenn. July 21, 2015) (citing *Heyward v. Cleveland Clinic Found.*, 759 F.3d 601, 617 (6th Cir. 2014)) ("It is well-settled that an amended complaint supersedes the original complaint and renders the initial pleading a nullity.").